✎ AO 120 (Rev. 2/99)

| TO: | |
|---|---|
| **Commissioner of Trademarks**<br>**P.O. Box 1451**<br>**Alexandria, VA 22313-1451** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Colorado_____ on the following Trademarks

| DOCKET NO.<br>**11-cv-01498** | DATE FILED<br>**6/8/11** | U.S. DISTRICT COURT<br>**FOR THE DISTRICT OF COLORADO** |
|---|---|---|
| PLAINTIFF<br>Avago Technologies General IP (Singapore) Pte. Ltd. | | DEFENDANT<br>Qnuru, Inc. |

| | PATENT OR | DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | **Please see copy of Complaint attached hereto** |
| 2 | | | |
| 3 | | | . |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>**GREGORY C. LANGHAM** | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Commissioner     Copy 3—Upon termination of action, mail this copy to**
**Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner     Copy 4—Case file copy**